JAMES J. CARROLL, Respondent, v. CARLO TRANSPORTATION Co., INC., Appellant.— Appeal by defendant from a judgment in favor of the plaintiff in a negligence action for the sum of $25,177.03, and from the order denying defendant's motion for a new trial. The case was tried before a jury in the Supreme Court, Rensselaer County. The accident happened on a street known as Broadway in the city of Albany, on November 14, 1945, about 1:30 in the morning. Plaintiff was driving his car in a southerly direction and the defendant's tractor-trailer combination was proceeding northerly. The two vehicles collided and plaintiff was seriously injured. Plaintiff claimed that defendant's driver turned the tractor to his left just before the collision. Defendant's driver claimed that plaintiff turned his car to cross the street when the vehicles were about 300 feet apart. There was independent proof to indicate that the collision occurred on plaintiff's side of the street. No point was made as to the size of the verdict, or as to the Trial Judge's charge. Appellant argues that the verdict as to negligence and contributory negligence is against the weight of evidence, but we think that fair questions of fact were raised for the jury. Appellant also argues that a statement, said to have been made by defendant's driver to a third person, that he was asleep at the time of the accident, was erroneously admitted. The alleged statement was not offered or received as an admission against the defendant but solely on the issue of the driver's credibility, and related to the manner in which the accident happened. As such it was proper (*Kay* v. *Metropolitan St. Ry. Co.*, 163 N. Y. 447, 450). The exceptions taken to statements said to have been made by plaintiff's counsel in his summation present no grounds for reversal. The summation was not taken by the stenographer, nor was any request made to the trial court to correct or to instruct the jury with regard to the alleged misstatements. Judgment and order unanimously affirmed, with costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HOGAN, Appellant.— Defendant has appealed from an order of the County Court of Rensselaer County denying his motion to vacate a judgment of conviction of the crime of attempted robbery in the first degree and for a new trial on the ground of newly discovered evidence. Defendant was convicted of the crime of attempted robbery in the first degree on December 14, 1932, in the Rensselaer County Court. His conviction was affirmed by this court (245 App. Div. 790). Thereafter a Justice of this court denied his application for permission to appeal to the Court of Appeals. The papers on the present application are entirely insufficient to warrant the granting of any relief. Order unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.